UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | Case No. 12-cr-152-1 (EGS) |
| | : | |
| v. | : | FILED |
| | : | |
| **LARRY G. CORBETT,** | : | MAR 2 0 2013 |
| | : | |
| **Defendant.** | : | Clerk, U S District & Bankruptcy |
| | : | Courts for the District of Columbia |

## AMENDED ORDER OF FORFEITURE

WHEREAS, the defendant has been convicted of Bribery of a Public Official, in violation of 18 U.S.C. § 201;

WHEREAS, on November 27, 2012, this Court entered a Consent Order of Forfeiture ("Consent Order") forfeiting $290,000 to the United States in the form of a money judgment, pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c);

WHEREAS, the balance remaining on the defendant's money judgment is $270,000;

WHEREAS, the United States has filed a motion, pursuant to Federal Rule of Criminal Procedure 32.2(e)(1)(B), to amend the Consent Order to include the following substitute property of the defendant:

The real property located at 2215 Harbor Terrace, Alexandria, Virginia;

WHEREAS, pursuant to Federal Rule of Criminal Procedure 32.2(e)(2)(A), this Court determines, based on the evidence set forth during the defendant's plea hearing, the defendant's plea agreement, and the government's motion, that the above property is subject to forfeiture as substitute property pursuant to 21 U.S.C. § 853(p);

**NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED:**

1. That the following property is declared forfeited to the United States pursuant to 21 U.S.C. § 853(p):

The real property located at 2215 Harbor Terrace, Alexandria, Virginia, more particularly described as, Lot Nine (9), Block Two (2), Section Five (5), Stratford Landing, as the same is duly dedicated, platted and recorded in Deed Book 1596, at page 520, among the land records of Fairfax County, Virginia.

2. The Court shall retain jurisdiction to enforce this Order, and to amend it as necessary, pursuant to Federal Rule of Criminal Procedure 32.2(e).

3. The Clerk of the Court shall forward three certified copies of this Order to Assistant United States Attorney Anthony Saler, Asset Forfeiture and Money Laundering Section, United States Attorney's Office, 555 Fourth Street, N.W., Washington, D.C. 20530.

Dated this __12th__ day of March, 2013.

_____
EMMET G. SULLIVAN
United States District Court Judge
for the District of Columbia